UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Joseph A. Porter,** | **Civil No.  09-2536 RHK/SRN** |
| **Plaintiff,** | |
| v. | |
| | **PRETRIAL SCHEDULING ORDER** |
| **Officer Mark McDonough, and** | |
| **City of Coon Rapids,** | |
| **Defendants.** | |

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding.  The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by August 1, 2010.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before January 2, 2010.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By Plaintiff(s) on or before May 1, 2010.

    b. By Defendant(s) on or before June 15, 2010.

    c. Rebuttal disclosures on or before July 15, 2010.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ.

        P. 33(a)] shall be served by any party.

5. No more than 50 requests for documents shall be served by any party.

6. No more than 25 requests for admissions shall be served by any party.

7. No more than 7 depositions, excluding expert witness depositions, shall be taken by any party.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490.)

1. All motions which seek to amend the pleadings or add parties must be served by March 1, 2010.  This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages.  Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by August 1, 2010.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by October 1, 2010.  (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht at 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on January 2, 2011, or upon resolution of any pending dispositive motions.  Anticipated length of trial is 5 days.

Dated:   November 4, 2009

                                      s/ Susan Richard Nelson
                                      Susan Richard Nelson
                                      United States Magistrate Judge