# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Joseph A. Porter,             Civil No. 09-2536 (RHK/SRN)

         Plaintiff,                 **ORDER**

vs.

Officer Mark McDonough, City of
Coon Rapids,

         Defendants.

---

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 19), **IT IS ORDERED** that Counts 3 and 4 against the City of Coon Rapids as set forth in Plaintiff's Complaint may be, and hereby are, **DISMISSED WITH PREJUDICE** on their merits and Defendants' Motion for Partial Summary Judgment is therefore moot and **CANCELED**.

Dated: September 20, 2010

                                         s/Richard H. Kyle
                                         RICHAR DH. KYLE
                                         United States District Judge