**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**


Joseph A. Porter,

        Plaintiff,

vs.                                                    CV 09-2536 RHK


Officer Mark McDonough
et al

        Defendants.


**NOTICE OF PRE TRIAL CONFERENCE**


    A Pre Trial Conference/Status Conference is scheduled for Wednesday, January 5, 2011, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom # 7A, 316 North Robert Street, St. Paul.


December 30, 2010

                        RICHARD H. KYLE
                        U.S. District Court Judge


                        s/Deborah Siebrecht
                        Deborah Siebrecht, Deputy Clerk
                        651-848-1166
cc: All Counsel