# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joseph A. Porter,

       Plaintiff,

                Civil No. 09-2536 (RHK/XXX)

v.                 **ORDER FOR JUDGMENT**

Officer Mark McDonough and City of
Coon Rapids,

       Defendants.

---

This matter having been tried to a jury from January 13, 2011, to January 14, 2011, and the jury having returned a Special Verdict that Defendant Mark McDonough did not use excessive force when arresting Plaintiff, **IT IS ORDERED** that the jury's Special Verdict is **ADOPTED** by the Court as its own. **IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 58(b), that the Clerk of Court enter judgment in favor of Defendants on Plaintiff's claims and that Plaintiff's Complaint (attached to Doc. No. 1) be **DISMISSED WITH PREJUDICE**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: January 18, 2011         s/Richard H. Kyle
                     RICHARD H. KYLE
                     United States District Judge